Victoria Orze (#011413)
Vorze@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Ste. 1200
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

Attorneys for Defendant American Suzuki
    Financial Services

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ilene Modica,<br><br>    Plaintiff,<br><br>v.<br><br>American Suzuki Financial Services, LLC, et al.<br><br>    Defendants. | NO: 2:14-cv-01624-DJH<br><br>**NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** |

**NOTICE IS HEREBY GIVEN** that on February 23, 2015, Defendant American Suzuki Financial Services, LLC (ASFS) LLP served the attached Subpoena to Desert Schools Federal Credit Union on its custodian of records by hand delivery.

DATED this 23rd day of February, 2015.

**DICKINSON WRIGHT PLLC**

By:  s/ Victoria L. Orze
    Victoria L. Orze
    1850 N. Central Ave., Ste. 1400
    Phoenix, Arizona 85004
    Attorneys for Defendant American Suzuki
    Financial Services, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2015, I electronically transmitted the attached document to the clerk's office using the cm/ecf system for filing and transmittal of a notice of electronic filing to the following cm/ecf registrants:

Paul B. Mengedoth
Mengedoth Law PLLC
20909 N. 90th Place, Ste. 211
Scottsdale, Arizona 85255
Attorneys for Plaintiff
paul@mengedothlaw.com

Jacob C. Jones
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004
Attorneys for Defendant Equifax Information Services, LLC
jcjones@swlaw.com

Meryl Roper
Ian Smith
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Attorneys for Defendant Equifax Information Services LLC
mroper@kslaw.com
iesmith@kslaw.com


BY: s/ Aileen De Los Angeles

PHOENIX 51234-1 201682v1