Victoria L. Orze (#011413)
vorze@dickinsonwright.com
Ian A. Nesteruk (#031075)
inesteruk@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 N. Central Ave., #1400
Phoenix, Arizona 85004-4568
Telephone: (602) 285-5000
Facsimile: (602) 285-5100

*Attorneys for American Suzuki Financial Services*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ilene Modica, an individual, | No. CV-14-01624-PHX-DJH |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| American Suzuki Financial Services Company LLC d/b/a American Suzuki Financial Services, a Delaware corporation; and Equifax Information Services, LLC, a Georgia Corporation, | |
| Defendants. | |

NOTICE is hereby given that the parties have reached a settlement of all disputes in this matter. The parties expect to file a stipulation for dismissal of this matter with prejudice, within the next forty-five (45) days.

**RESPECTFULLY SUBMITTED** this 14th day of July, 2015.

                              **DICKINSON WRIGHT PLLC**

                              By: /s/ Victoria L. Orze
                                  Victoria L. Orze
                                  Ian A. Nesteruk
                                  Attorneys for Defendant American
                                  Suzuki Financial Services

. . .

                              **KING & SPALDING LLP**

                              By:   /s/ Meryl Roper
                                    Meryl Roper
                                    Ian Smith
                                    1180 Peachtree Street NE, Ste. 1700
                                    Atlanta, GA  30309-7525
                                    Attorneys for Defendant Equifax
                                    Information Services, LLC

                              **MENGEDOTH LAW PLLC**

                              By:   /s/ Paul B. Mengedoth
                                    Paul B. Mengedoth
                                    20909 N. 90th Place, Ste. 211
                                    Scottsdale, Arizona  85255
                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that an electronic copy of the foregoing was transmitted by electronic mail this 14th day of July 2015, to the following recipients:

| | |
|---|---|
| Meryl Roper | Jacob C. Jones |
| Ian Smith | Snell & Wilmer L.L.P. |
| King & Spalding LLP | 400 E. Van Buren, Suite 1900 |
| 1180 Peachtree Street NE Ste. 1700 | Phoenix, Arizona  85004 |
| Atlanta GA  30309-7525 | Attorneys for Defendant Equifax Information |
| mroper@kslaw.com | Services, LLC |
| iesmith@kslaw.com | jcjones@swlaw.com |

Paul B. Mengedoth
Mengedoth Law PLLC
20909 N. 90th Place, Ste. 211
Scottsdale, Arizona  85255
Attorneys for Plaintiff
paul@mengedothlaw.com


By   /s/ Victoria Orze


PHOENIX 51234-1 232678v1